UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| NEW LEAF DATA SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HUMBOLDT MARIJUANA EXCHANGE, LLC,<br><br>Defendant. | Civil Action No. 3:19-CV-01234-JCH |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 55(b), New Leaf Data Services, LLC ("Plaintiff") hereby moves for a default judgment and permanent injunction against Humboldt Marijuana Exchange, LLC ("Defendant").

In support of this motion, Plaintiff submits the accompanying Memorandum of Law, Declaration of Stephen F.W. Ball Jr, and Proposed Default Judgment and Permanent Injunction Order.

Respectfully submitted,

Date: Nov. 20, 2019

*/s/ Stephen Ball*
Stephen F.W. Ball, Jr., ct28234
Whitmyer IP Group LLC
600 Summer Street
Stamford, CT 06901
Tel:  203-703-0800
Fax:  203-703-0801
Email: litigation@whipgroup.com
       sball@wihpgroup.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

This is to certify that on November 20, 2019, a copy of the foregoing **MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION, MEMORANDUM OF LAW, DECLARATION OF STEPHEN BALL, EXHIBITS A – M, AND PROPOSED ORDER,** were filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.  This is to further certify that a true copy of the foregoing is being sent by first class mail, postage prepaid, to the non-appearing Defendant as follows:

> Humboldt Marijuana Exchange, LLC
> 1574 G. Street, #E
> Arcata, CA 95521

Nov. 20, 2019                                                                    */s/ Joan M. Burnett*
                                                                                                Joan M. Burnett